UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-127-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER ALLEN MORACE, | ) | |
| Defendant. | ) | |

The defendant and Government hereby are NOTIFIED that the court is considering a downward variance from the advisory guideline sentencing range "on a ground not identified for departure either in the Presentence Report" to wit, the defendant's lack of any other criminal history, his ongoing efforts to rehabilitate himself, including obtaining counseling and mental health treatment, his honorable discharge from the United States Air Force, his college degree obtained since the time of the instant offense, his current pursuit of a graduate degree and employment in his field, his NASA security clearance obtained since the time of his instant offense, the continuing support of his family and his evidenced dedication to overcoming the troubles of his past and establishing himself as a positive and productive member of society.

SO ORDERED.

This the 2nd day of August, 2010.

_____
JAMES C. FOX
Senior United States District Judge